UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          NO. CIV. S-06-140 LKK/KJM

    Plaintiff,

  v.                        O R D E R

LINDA DIANE ST. MARY, et al.,

    Defendants.
_____/

    To allow defendants time to appear in the above-captioned case, the Status Conference currently set for April 3, 2006 is CONTINUED to May 30, 2006 at 2:00 p.m.  Plaintiff is directed to serve a copy of this order on all defendants and file proof of service of same within ten (10) days.  The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

    IT IS SO ORDERED.

    DATED: March 30, 2006

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT