UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. CIV. S-06-140 LKK/KJM

    Plaintiff,

  v.                  O R D E R

LINDA DIANE ST. MARY, et al.,

    Defendants.

                               /

    By minute order filed May 25, 2006, plaintiff was directed to seek entry of default as to all defendants, none having timely appeared in the above-captioned case. On May 30, 2006, the Roccanova defendants filed an answer. Accordingly, plaintiff is now directed to seek default as to defendant St. Mary within ten (10) days. All remaining defendants having now appeared in propria persona, the case is REFERRED to the magistrate judge for all further pretrial proceedings pursuant to Local Rule 72-302(c)(21).

    IT IS SO ORDERED.

    DATED: June 14, 2006

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT