```
 1  Scott N. Johnson
 2  Law Offices of Scott N. Johnson
 3  5150 Fair Oaks Blvd. 101/253
 4  Carmichael, Ca 95608
 5  Telephone: (916) 485-3516
 6  Fax: (916) 481-4224
 7  E-mail: scottnjohnson@comcast.net
 8
 9
10          IN THE UNITED STATES DISTRICT COURT
11          FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13  Scott N. Johnson,              )   Case No.  CIV.S-06-00140-LKK-KJM
14          Plaintiff              )
15      vs.                        )   STIPULATION AND ORDER OF
16  Linda Diane St. Mary, et al,   )   DISMISSAL WITH PREJUDICE
17          Defendants   )
18                                 )
19                                 )   Complaint filed: JANUARY 20, 2006
20  _____   )
21
22
23
24      IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants herein that
25  the above named cause of action shall be dismissed with prejudice and without cost to either
26  party pursuant to FRCP 41 (a) (1).
```

1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**                    **CIV: S-06-cv-00140-LKK-KJM**

1
2  Dated: July 24, 2007                    /s/Scott N. Johnson_____
3                                          Scott N. Johnson, Plaintiff
4  Dated: July 24, 2007                     /s/Linda Diane St. Mary_____
5                                          Linda Diane St. Mary, Defendant
6                                           /s/Richard Nicholas Roccanova_____
7                                          Richard Nicholas Roccanova, Defendant
8                                           Marc Edward Roccanova_____
9                                          Marc Edward Roccanova, Defendant
10                                          /s/James Vincent Roccanova_____
11                                         James Vincent Roccanova, Defendant
12                                          /s/John Robert Roccanova_____
13                                         John Robert Roccanova, Defendant
14
15
16                                  ORDER
17
18      Based on the forgoing stipulation of the parties hereto, it is hereby ordered, adjudged, and
19 decreed that the above designated cause of action is hereby dismissed with prejudice and without
20 cost.
21
22 Dated this 30th day of July, 2007.
23                                          _____
                                            LAWRENCE K. KARLTON
24                                          SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

2
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**          CIV: S-06-cv-00140-LKK-
**KJM**